# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 8, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157946-7(75)

LAUREN GOHL, as Next Friend of J.G.,
a minor,
      Plaintiff-Appellee,

v

SHARON TURBIAK,
      Defendant-Appellant,
and

DR. RANDY LIEPA, CANDY SOKOL,
SHELLY MOORE, NANCY RESPONDEK,
MEGAN SPROW, CAROL DEBEAUDRY,
TRACY CREWS, and DIANE SLOBODA,
      Defendant-Appellees,
and

CYNTHIA DEMAN and ELIZABETH SANTER,
      Defendants.
_____/

SC: 157946, 157947
COA: 335389, 335604
Wayne CC: 15-014274-NO

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing her reply is GRANTED. The reply will be accepted as timely filed if submitted on or before August 16, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 8, 2018



Clerk